**Below is the Order of the Court.**

_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>MOLLIE VALO VALO MATAUTIA,<br><br>Debtor. | Case No. 17-42350-MJH<br><br>*EX PARTE* ORDER REOPENING CHAPTER 7 CASE |

THIS MATTER having come before this Court, *ex parte*, on the United States Trustee's Motion to Reopen Chapter 7 Case; the Court having reviewed the motion and the court file, and being otherwise fully advised in the premises; and good cause having been shown for reopening the case, and the Court finding that no notice of this motion need be given, it is

ORDERED that the above-captioned Chapter 7 case is reopened for the purpose of administering the estate and the United States Trustee is authorized to appoint a trustee in the case.

///End of Order///

*Ex Parte* ORDER REOPENING
CHAPTER 7 CASE - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 17-42350-MJH    Doc 28    Filed 04/11/19    Ent. 04/11/19 10:39:25    Pg. 1 of 2

1 | Presented by:
2 | GREGORY M. GARVIN
   | Acting U.S. Trustee for Region 18
3 |
4 |
   | */s/ Hilary Bramwell Mohr*
5 | Hilary Bramwell Mohr, WSBA #40005
   | Attorney for the United States Trustee

*Ex Parte* ORDER REOPENING
CHAPTER 7 CASE - Page 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 17-42350-MJH    Doc 28    Filed 04/11/19    Ent. 04/11/19 10:39:25    Pg. 2 of 2